1  MICHAEL COSENTINO SBN 83253
   ATTORNEY AT LAW
2  PO BOX 129
   ALAMEDA, CA 94501
3  Telephone: (510) 523-4702

4  COUNSEL FOR THE UNITED STATES
   OF AMERICA, PLAINTIFF
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )
                                        )    Case No. C01-2553M
11                      Plaintiff,      )
                                        )
12              v.                      )
                                        )
13  Nathelia Hodges,                    )
                                        )    **WRIT OF CONTINUING**
14                      Defendant,      )    **GARNISHMENT**
                                        )
15              and                     )
                                        )
16  Alameda County Medical Center,      )
                                        )
17                      Garnishee.      )
    _____ )
18

19  TO:    Payroll Department
           Alameda County Medical Center
20         15400 Foothill Blvd.
           San Leandro, CA 94578
21

22       YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF

23  THE UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN

24  YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-

25  JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

26       The name and last known address of the person who is the defendant-

27  judgment debtor (hereinafter "debtor") in this action and whose property is subject to

28  this Writ are as follows:

1
2

Nathelia Hodges
521 Honker Lane
Suisun City, CA 94585

3
4
5
6
7
8

This Writ has been issued at the request of the United States of America to enforce the collection of a civil judgment entered in favor of the United States against the debtor for a defaulted student loan in the amount of $1,705.08.  There is a balance of $1,320.81 due on the judgment, which amount includes costs and interest computed through 10/27/2009.

9
10

The following are the steps that you must take to comply with this Writ.  If you have any questions, you should consult with your attorney.

11
12
13
14
15
16
17
18
19

1.  Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the debtor, including wages, salary, or commissions, in which the debtor has a substantial nonexernpt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the debtor and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property.  The United States has requested that the sum of 25% of the debtor's disposable earnings, which under California law represents the nonexempt portion of the debtor's earnings, be withheld from the defendant's earnings.

20
21
22
23
24

2.  Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you.  You must answer the Writ even if you do not have in your custody, control, or possession any property of the debtor. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

25
26
27

a.    Whether or not you have in your custody, control, or possession, any property owned by the debtor in which the debtor has a substantial nonexempt interest, including nonexempt, disposable earnings;

28

Writ of Continuing Garnishment cand C01-2553M

2

| | | |
|---|---|---|
| 1 | b. | a description of such property and the value of such property; |
| 2 | c. | a description of any previous garnishments to which such property is |
| 3 | | subject and the extent to which any remaining property is not exempt; |
| 4 | | and |
| 5 | d. | the amount of the funds you anticipate owing to the debtor in the future |
| 6 | | and whether the period for payment will be weekly or another specified |
| 7 | | period. |

8  For your convenience, a form which addresses the above-requested information is

9  attached and may be used to Answer the Writ.

10       3. After you complete the answer under oath, pursuant to 28 U.S.C. §

11  3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you

12  must mail or deliver the original Answer bearing the original signature of the person

13  preparing the answer to the Court at the following address:

14            Clerk, United States District Court
            450 Golden Gate Avenue, 16th Floor
15            P. O. Box 36060
            San Francisco, CA 94102
16

17  At the same time that you mail or deliver the original answer to the Court, you must

18  also mail or deliver a copy of the original Answer to both the debtor and attorney for

19  the United States at the following respective addresses:

20            Nathelia Hodges
            521 Honker Lane
21            Suisun City, CA 94585

22            Michael Cosentino, Attorney at Law
            P.O. Box 129
23            Alameda, CA 94501

24  Please note that the attached form Answer contains a certificate of service which

25  needs to be completed by the person mailing the copies of the answer to the debtor

26  and the attorney for the United States, and which needs to be filed along with the

27  Answer.

28  Writ of Continuing Garnishment cand C01-2553M                                    3

1   IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY

2   IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE

3   COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO

4   ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH

5   THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO

6   APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY

7   WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR

8   THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY

9   (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO

10  AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND

11  AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED

12  HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO

13  APPEAR.

RICHARD W. WIEKING, Clerk
United States District Court
for the Northern District of California

Dated: November 5, 2009           By: _____
                                           Deputy Clerk

1  DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

2      1. Earnings include any money (whether called wages, salary, commissions,
   bonuses, or anything else) paid for personal services, pension, or retirement.
3  Vacation or sick pay is earnings subject to withholding as it is *received* by the
   employee.

4

5      2. Disposable earnings are different from gross pay or take-home pay.  They
   are the earnings left after deducting the part which state or federal law requires an
   employer to withhold as mandatory deductions.  Generally, these mandatory
6  deductions are federal income tax, social security (FICA) tax, state income tax, state
   disability insurance, and payments to public employee retirement systems.
7  Disposable earnings can change from pay period to pay period, whenever gross pay
   or required deductions change.

8

9      To determine earnings that[1] are eligible for withholding, and therefore must be
   withheld, see the chart below.

10  USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE
    EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1] :

11

| Pay Period: | Weekly or oftener | Every 2 weeks | Twice a month | Once a month |
|---|---|---|---|---|
| **Disposable earnings:** | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| **Withhold:** | Nothing (entire earnings are exempt) | | | |
| **Disposable earnings:** | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| **Withhold:** | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| **Disposable earnings:** | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| **Withhold:** | 25% of disposable earnings (balance is exempt) | | | |

[1]Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,           )
                                          )   Case No. C01-2553M
12                      Plaintiff,        )
                                          )
13               v.                       )
                                          )
14   Nathelia Hodges,                     )
                                          )
15                      Defendant,        )
                                          )
16                      and               )
                                          )
17   Alameda County Medical Center,       )   **ANSWER OF GARNISHEE**
                                          )
18                      Garnishee.        )
                                          )
19   ────────────────────────────────────)

20       I, _____, being first duly sworn, hereby state the following:

21       1. I am the _____ (Official Title) of the Garnishee

22   named in the above caption. I am authorized to prepare this Answer on behalf of the

23   Garnishee.

24       2. The Garnishee was served with the Writ of Continuing Garnishment on

25   _____ (date) in this action.

26       3. The Garnishee currently has custody, control, or possession of earnings of

27   the Defendant. Yes_____ No_____

28       4. The Garnishee expects to obtain custody, control, or possession of earnings

1  of the Defendant in the foreseeable future.   Yes_____ No_____

2     5. For the pay period in effect on the date of service of this Writ of Continuing

3  Garnishment, the Garnishee states as follows:

4     a.   Defendant was in my/our employ. Yes_____ No_____

5     b.   The Defendant's pay period is _____ weekly, _____ bi-weekly,

6          _____ semi-monthly, _____ monthly.

7     c.   The Defendant's present pay period began on _____ (date).
8          ("Present" means the pay period in which the Writ of Continuing
             Garnishment was served.)

9     d.   The Defendant's present pay period ends on _____ (date).

10     e.   The Defendant's net wages are as calculated below:

11          (1) Gross Pay             $_____

12          (2) Federal income tax   $_____

13          (3) F.I.C.A. tax         $_____

14          (4) State income tax    $_____

15          (5) SDI             $_____

16                Total tax withholdings  $_____

17
         Net Wages               $_____
18         (gross pay minus above withheld taxes)

19
     6. Are there any other garnishments currently in effect? Yes _____ No _____
20
  If the answers is yes, describe below and attach to this Answer a copy of each
21
  garnishment:
22

23  _____

24  _____

25  _____
     7. Will the Garnishee owe the Defendant money in the foreseeable future?
26
  Yes _____ No_____ If the answer is yes, provide the reason why such money will be
27
  owed, the amount of money that will be owed, and the date or dates on which each
28

2

payment will be due:

| Type of Payment | Amount | Date Payment Will be Due |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |

8. Does the Garnishee currently have custody, control or possession of property (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest?  Yes_____  No_____  If the answer is yes, then provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

9. Does the Garnishee expect to obtain in the foreseeable future custody, control or possession of property (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest?  Yes____  No____  If the answer is yes, then provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest | Date Will Obtain Property |
|---|---|---|---|
| 1. _____ | _____ | _____ | _____ |
| 2. _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |
| 4. _____ | _____ | _____ | _____ |

3

10. Does the Garnishee have any objections or defenses to the Writ of

Continuing Garnishment?  Yes_____  No_____  If the answer is yes, list the nature

and basis of each objection and/or defense:

_____

_____

_____

_____

_____

On behalf of Alameda County Medical Center, I hereby certify under penalty of

perjury under the laws of the United States of America that the foregoing is true and

correct.

Dated: _____                    By: _____

(Sign above and type or print name
below)

4

1  CERTIFICATE OF SERVICE

2  I, _____, declare:

3  That I am a citizen of the United States and employed in the County of

4  _____, California; that my business address is

5  _____; that I am

6  over the age of eighteen years; and that I am not a party to the above-entitled action;

7  That on _____ (date), I deposited in the United States mail, in

8  envelopes bearing the requisite postage, a copy of:

9  **ANSWER OF GARNISHEE**

10  addressed to each of the following, at their last known addresses, at which place

11  there is service by United States mail.

12  Nathelia Hodges
521 Honker Lane
13  Suisun City, CA 94585

14  Michael Cosentino
Attorney at Law
15  P.O. Box 129
Alameda, CA 94501
16

17  This Certificate was executed on _____ (date),

18  at _____ (city), California.

19  I certify under penalty of perjury that the foregoing is true and correct.

20

21  _____

22  (sign above and type or print name
below)

23

24

25

26

27

28